**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Aidin Kiani

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDIN KIANI. on behalf of himself and all others similarly situated,<br><br>                 Plaintiff,<br><br>vs.<br><br>PAYFECT INC. d/b/a DoVirtual d/b/a CheckTheReviews,<br><br>                 Defendant. | Case No.:  8:24-cv-01639-FWS-BFM<br><br>**NOTICE OF SETTLEMENT** |

1
NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that this case has been settled on an individual basis. Plaintiff AIDIN KIANI ("Plaintiff") and Defendant PAYFECT INC. d/b/a DoVirtual d/b/a CheckTheReviews ("Defendant") anticipate filing a Stipulation for Dismissal of this action with prejudice as to the named Plaintiff and without prejudice as to the putative class within 30 days. Plaintiff respectfully requests that all pending deadlines be vacated and that the Court otherwise retain jurisdiction until the parties submit a Stipulation for Dismissal of this action.

Dated: October 9, 2024                    Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:   */s/ Mona Amini*
      Abbas Kazerounian, Esq.
      David J. McGlothlin, Esq.
      Mona Amini, Esq.
      Gustavo Ponce, Esq.
      *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I am over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On October 9, 2024, I served the within document(s):

- **NOTICE OF SETTLEMENT**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 9, 2024, at Costa Mesa, California.

                                              /s/ Mona Amini
                                              MONA AMINI, ESQ.