**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN : 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Aidin Kiani

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDIN KIANI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAYFECT INC. d/b/a DoVirtual d/b/a CheckTheReviews,<br><br>Defendant. | Case No.:  8:24-cv-01639-FWS-BFM<br><br>**STIPULATION TO DISMISS ACTION PURSUANT TO F.R.C.P. 41(a) WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

//
//
//
//
//
//
//

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, Plaintiff AIDIN KIANI ("Plaintiff") and Defendant PAYFECT INC. d/b/a DoVirtual d/b/a CheckTheReviews ("Defendant") (jointly, the "Parties"), that the above-captioned action is dismissed, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with prejudice as to Plaintiff's individual claims against Defendant and without prejudice as to the claims of the putative class, with each party bearing its own costs, expenses, and attorney's fees.

Dated: October 30, 2024         Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: */s/ Mona Amini*
Abbas Kazerounian, Esq.
David J. McGlothlin, Esq.
Mona Amini, Esq.
Gustavo Ponce, Esq.
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
*Attorneys for Plaintiff*

Dated: October 30, 2024         **SAMO LAW GROUP**

By: */s/ Joseph Samo*
Joseph Z. Samo, Esq.
170 Eucalyptus Avenue
San Diego, CA  92084
Phone: (619) 672-1741
Email: joe@samolaw.com
*Attorney for Defendant*

## SIGNATURE CERTIFICATION

I, Mona Amini hereby certify that the content of this document is acceptable to all counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

By: */s/ Mona Amini*
Mona Amini, Esq.
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2024, a copy of the foregoing document was served by ECF to counsel of record.

           By:    */s/ Mona Amini*
                      Mona Amini, Esq.
                      *Attorney for Plaintiff*